# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALKANAN MAHER FATHI, | ) |
| Petitioner, | ) |
| v. | ) 2:06-cv-04879-JEO |
| ROSEMARY L. MELVILLE, ACTING DISTRICT DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

The petitioner, Alkanan Maher Fathi, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks release pending his repatriation to Palestine.

On February 27, 2007, the respondents filed a motion to dismiss this action as moot premised upon the petitioner's release on an order of supervision. Therefore, the respondents assert that there is no longer a case or controversy between the parties. The petitioner has filed nothing in opposition to the motion to dismiss.

The court agrees with the respondents. Accordingly, this action is due to be dismissed. An appropriate order will be entered.

**DONE** this 23rd day of March, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE